

OTJEN, GENDELMAN
ZITZER, JOHNSON
& WEIR, S.C.
Attorneys at Law • Founded 1881

20935 Swenson Drive, Suite 310
Waukesha, WI 53186
Ph 262-777-2200
Fax 262-777-2201
www.otjen.com

November 7, 2014

Writer's E-mail address: tweir@otjen.com
Writer's Direct Dial # (262) 777-2211

U.S. Magistrate Judge Nancy Joseph
U.S. District Court Eastern District
517 E. Wisconsin Avenue
Milwaukee, WI 53202

> RE: *Kamal Muzaffar, M.D., v. Aurora Health Care Southern Lakes, Inc.*
> *Case No: 13-CV-744-NJ*
> *Our File No: N140017*

Dear Judge Joseph:

The undersigned received the plaintiff's proposed Order for a Protective Order concerning financial documents. I would request that before the Court consider executing the Order the undersigned have an opportunity to respond. I want to review the documents which were filed yesterday in light of the Court's prior Order to determine whether they meet the requirements set forth by the Court. Given my schedule, I will not be able to get to this issue until next week.

Sincerely,

OTJEN, GENDELMAN, ZITZER,
JOHNSON & WEIR, S.C.

By: *[signature]*

Todd M. Weir

TMW/rlp