

**GODFREY, LEIBSLE,
BLACKBOURN & HOWARTH, S.C.**
ATTORNEYS AT LAW

*Providing Quality Legal Service Since 1922*

Michael J. Frazier
354 Seymour Court
Elkhorn, WI 53121
mfrazier@godfreylaw.com
262-723-3220 (office)
262-741-1526 (direct)
262-723-5091 (facsimile)

April 13, 2015

Wisconsin Department of Health Services
Division of Quality Assurance
Attn: Records Custodian
P.O. Box 2969
Madison, WI 53701-2969

   RE: Public Records Request

Dear Records Custodian:

  I hereby request copies of reports and other documents relating to any DHS investigation of violation of the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. § 1395dd, relating to or arising from the report attached hereto, or relating to or arising from any patient referenced in the report attached hereto. My firm will pay the prescribed cost for copying, but please contact me at the direct line above if the cost will exceed $50.00. Thank you for your attention.

       Very truly yours,

       GODFREY, LEIBSLE,
        BLACKBOURN & HOWARTH, S.C.

     By: */s/ Michael J. Frazier*
       Michael J. Frazier

MJF:jks
Enclosure
cc: Dr. Kamal Muzaffar
   Mr. Lisle W. Blackbourn

T:\E\Elkhorn\FamilySC\Aurora Litigation\corresp\2015\041315wi dept of health services-mjf.docx

EXHIBIT A

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 1082 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED C 08/24/2010 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER MERCY WALWORTH HOSPITAL & MEDICAL C | | STREET ADDRESS, CITY, STATE, ZIP CODE N2950 STATE ROAD 67 LAKE GENEVA, WI 53147 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| R 000 | **INITIAL COMMENTS**<br><br>Surveyor: 26711<br>An unannounced on-site survey was conducted at Mercy Walworth Hospital in Lake Geneva, WI from 8/23/2010-8/24/2010 for complaint #WI00015220.<br><br>Mercy Walworth Hospital was found to be out of compliance with WI Administrative Code for Hospitals, DHS 124, in the areas of Patient Rights, Nursing Services, and Medical Records.<br><br>The following abbreviations are used throughout this statement of deficiency: RN=Registered Nurse, ER=Emergency Room, MD=Medical Doctor, Pt.=Patient. | R 000 | | |
| R 247 | **124.05(3)(a)1.i. GOVERNING BODY - POLICIES**<br><br>Patient rights and responsibilities. Every hospital shall have written policies established by the governing board on patient rights and responsibilities which shall provide that:<br><br>Except in emergencies, the patient may not be transferred to another facility without being given a full explanation for the transfer, without provision being made for continuing care and without acceptance by the receiving institution;<br><br>This Rule is not met as evidenced by:<br>Surveyor: 26711<br>Based on policy/procedure review, review of facility's transfer form (COBRA form), staff interviews, and medical record reviews, this facility failed to document the risks and benefits | R 247 | | |

For long term care providers, a plan of correction is required for class A, B, & C violations.

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE        TITLE        (X6) DATE

STATE FORM        6899        XVQZ11        If continuation sheet 1 of 9

Wisconsin Department of Health Services
PRINTED: 10/13/2010
FORM APPROVED

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 1052 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING<br>B. WING | (X3) DATE SURVEY COMPLETED<br>C<br>08/24/2010 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER<br>MERCY WALWORTH HOSPITAL & MEDICAL C | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>N2950 STATE ROAD 67<br>LAKE GENEVA, WI 53147 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| R 247 | Continued From page 1

for transfers to a higher level of care facility when such transfers occurred, in 6 out of 6 medical records reviewed (Patients #10, 11, 12, 13, 14, and 15) out of a total of 15 records reviewed. Failure to document individualized risks and benefits to patients related to transfers fails to identify the unique needs of each patient requiring an advanced level of care.

Findings include:

Facility policy titled, "Patient Rights and Responsibilities," dated 5/26/09 and reviewed by Surveyor #26711 on 8/23/2010 at 3:30 p.m., states on page 2, 2.7, that patients have, "The right, except in emergencies, not to be transferred to another facility without being given a full explanation of the transfer, without provision being made for continuing care, and without acceptance by the receiving institution."

Facility policy titled, "EMTALA Screening, Treatment & Transfer of Patients," dated 5/12/09 and reviewed by Surveyor #26711 on 8/23/2010 at 3:30 p.m., states in section D. Patient Transfers, 1.0, b., "Physician Certification...The certification must contain a summary of the specific risks and benefits on which it is based."

The facility's transfer form (COBRA form) is a computer generated form which reiterates Federal EMTALA (Emergency Medical Treatment and Active Labor Act) regulations and language. There are seven sections to this form: Patient's Condition; Reason for Transfer; Transfer Requirements; Consent; Certification; Items sent with Patient; and Nurse Certification.

The section titled, "Patient's Condition," is a computer generated statement and does not | R 247 | | |

Case 2:13-cv-00744-NJ   Filed 06/26/15   Page 3 of 6   Document 115-1   KM 041

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 1062 | (X2) MULTIPLE CONSTRUCTION A. BUILDING ___ B. WING ___ | (X3) DATE SURVEY COMPLETED C 08/24/2010 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER MERCY WALWORTH HOSPITAL & MEDICAL C | | STREET ADDRESS, CITY, STATE, ZIP CODE N2950 STATE ROAD 67 LAKE GENEVA, WI 53147 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| R 247 | Continued From page 2

include any medical information about the patient at all. It is the same for all 6 patients.

The section titled, "Reason for Transfer," does not identify why the patient requires transfer to a higher level of care facility other than a computer generated statement that states, "...The medical benefits reasonably expected for the provision of appropriate medical treatment in another medical facility outweigh the increased risks, if any, to the individual's medical condition from effecting the transfer. Benefits include definitive care not available at our facility and risks include a MVA [motor vehicle accident] and deterioration of condition during travel." This statement does not identify risks and benefits specific to the patient and is the same for all 6 patients.

In an interview with RN Lead E on 8/23/2010 at 3:45 p.m., when asked where the documentation of the patient's risks and benefits for transfer would be, stated, "It would be in the dictation."

In an interview with ER MD F on 8/24/2010 at 8:05-8:12 a.m., in response to the question, "How are risks and benefits of transfer documented?" MD F responded, "Risks and benefits are dictated, generally not hand written." MD F stated that if a patient leaves against medical advice then the risks and benefits might be written in on that form. MD F also stated that this is F's practice and cannot speak to what other MD's do.

A review of Pt. #10's ER record from 2/13/2010 was reviewed on 8/23/2010 at 1:10 p.m. Pt. #10 came to the ER with chest pain, shortness of breath, and a very high blood sugar. Pt. #10 signed a transfer form to be transferred to a higher level of care facility. There is no | R 247 | | |

For long term care providers, a plan of correction is required for class A, B, & C violations.
STATE FORM    XVQZ11    If continuation sheet 3 of 9

KM 042

Case 2:13-cv-00744-NJ   Filed 06/26/15   Page 4 of 6   Document 115-1

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 1062 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>08/24/2010 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER<br>MERCY WALWORTH HOSPITAL & MEDICAL C | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>N2950 STATE ROAD 67<br>LAKE GENEVA, WI 53147 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| R 247 | Continued From page 3<br><br>documentation within the medical record stating what the benefits or risks for the transfer are.<br><br>These findings were confirmed by RN Manager D and RN Lead E on 8/23/2010 at 3:45 p.m.<br><br>A review of Pt. #11's ER record from 1/19/2010 was reviewed on 8/24/2010 at 8:50 a.m. Pt. #11 came to the ER with mild anemia (low oxygen level in the blood), thrombocytopenia (low platelets-abnormal bleeding time) and other medical problems. Pt. #11 signed a transfer form to be transferred to a higher level of care facility. There is no documentation within the medical record stating what the benefits or risks for the transfer are.<br><br>A review of Pt. #12's ER record from 6/12/2010 was reviewed on 8/24/2010 at 9:03 a.m. Pt. #12 came to the ER with right leg cellulitis (inflammation/infection of the tissues) and also had an extensive medical history. Pt. #12 signed a transfer form to be transferred to a higher level of care facility. There is no documentation within the medical record stating what the benefits or risks for the transfer are.<br><br>A review of Pt. #13's ER record from 6/26/10 was reviewed on 8/24/2010 at 9:10 a.m. Pt. #13 came to the ER with a kidney infection. Pt. #13 signed a transfer form to be transferred to a higher level of care facility. There is no documentation within the medical record stating what the benefits or risks for the transfer are.<br><br>A review of Pt. #14's ER record from 1/19/2010 was reviewed on 8/24/2010 at 8:50 a.m. Pt. #14 came to the ER with a kidney infection. Pt. #14 signed a transfer form to be transferred to a higher level of care facility. There is no | R 247 | | |

For long term care providers, a plan of correction is required for class A, B, & C violations.
STATE FORM     XVQZ11     If continuation sheet 4 of 9

Case 2:13-cv-00744-NJ   Filed 06/26/15   Page 5 of 6   Document 115-1
KM 043

Wisconsin Department of Health Services
PRINTED: 10/13/2010
FORM APPROVED

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 1062 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>C<br>08/24/2010 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER<br>MERCY WALWORTH HOSPITAL & MEDICAL C | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>N2950 STATE ROAD 67<br>LAKE GENEVA, WI 53147 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| R 247 | Continued From page 4<br><br>documentation within the medical record stating what the benefits or risks for the transfer are or what the reason for transfer is.<br><br>A review of Pt. #15's ER record from 1/19/2010 was reviewed on 8/24/2010 at 8:50 a.m. Pt. #15 came to the ER with restricted blood flow to the left hand and a heart problem. Pt. #15 signed a transfer form to be transferred to a higher level of care facility. There is no documentation within the medical record stating what the benefits or risks for the transfer are or what the reason for transfer is.<br><br>These findings were confirmed by RN Manager D on 8/24/2010 at 9:30 a.m. | R 247 | | |

For long term care providers, a plan of correction is required for class A, B, & C violations.
STATE FORM    0000    XVQZ11    If continuation sheet 6 of 9

Case 2:13-cv-00744-NJ   Filed 06/26/15   Page 6 of 6   Document 115-1    KM 044