Scott Walker
Governor

Kitty Rhoades
Secretary

DIVISION OF QUALITY ASSURANCE

1 WEST WILSON STREET
P O BOX 2969
MADISON WI 53701-2969

Telephone: 608-266-8481
FAX: 608-267-0352
TTY: 888-241-9432
dhs.wisconsin.gov



**State of Wisconsin**
Department of Health Services

April 15, 2015

Michael J. Frazier
Godfrey, Leibsle, Blackbourn & Howarth, S.C.
354 Seymour Court
Elkhorn, WI 53121

RE: Open Record Request / Mercy Walworth Hospital & Medical Ctr. – Lake Geneva

Dear Mr. Frazier,

Your open record request of April 13, 2015 has been received.

The Division of Quality Assurance has no records that are responsive to your request. The 08/24/2010 survey was the last survey that DQA conducted at this facility. A Plan of Correction was received and accepted and no revisit survey occurred.

At that time, Bureau of Health Services staff contacted the Centers for Medicare and Medicaid Services (CMS) as to whether or not an EMTALA investigation should occur. CMS determined that only a State survey was necessary.

Thank you for your request.

Sincerely,

*Gina Bertolini*
Gina Bertolini
DQA Records and Forms Management Specialist
608-266-8368
Gina.Bertolini@dhs.wisconsin.gov

EXHIBIT B