**GODFREY, LEIBSLE,
BLACKBOURN & HOWARTH, S.C.**

ATTORNEYS AT LAW

*Providing Quality Legal Service Since 1922*

Michael J. Frazier
354 Seymour Court
Elkhorn, WI 53121
mfrazier@godfreylaw.com
262-723-3220 (office)
262-741-1526 (direct)
262-723-5091 (facsimile)

December 8, 2015

**VIA ECF**

Mr. Jon W. Sanfilippo, Clerk
United States District Court - Eastern District of Wisconsin
United States Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      RE: *Kamal Muzaffar, M.D. vs. Aurora Health Care Southern Lakes, Inc.*
           United States District Court, Eastern District of Wisconsin
           Case No. 13-CV-744

Dear Mr. Sanfilippo:

      I write to inform the Court and parties that Plaintiff has no objection to the Bill of Costs filed by Defendant on November 24, 2015.

      Very truly yours,

      GODFREY, LEIBSLE,
        BLACKBOURN & HOWARTH, S.C.

      By: *Michael Frazier*
           Michael J. Frazier

MJF:jks
cc:  Ms. Jane E. Appleby (via ECF)
     Mr. Todd M. Weir (via ECF)
     Dr. Kamal Muzaffar (via email)
     Mr. Lisle W. Blackbourn

T:\E\Elkhorn\FamilySC\Aurora Litigation\corresp\2015\120815js-mjf.docx