UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KAMAL MUZAFFAR, M.D.,

    Plaintiff,

-vs-                                    File No. 13-CV-744-NJ

AURORA HEALTH CARE SOUTHERN LAKES, INC.,

    Defendant.

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their respective attorneys, said attorneys having the authority to so stipulate, that the claim for costs of Defendant, Aurora Health Care Southern Lakes, Inc. ("Aurora"), has been satisfied in full. The Judgment of the Court may stand without entry of an award of costs.

GODFREY, LEIBSLE, BLACKBOURN & HOWARTH, S.C.
Attorneys for Plaintiff

Dated: December 30, 2015    By: _____
Lisle W. Blackbourn (1003897)
Michael J. Frazier (1031829)

OTJEN, GENDELMAN, ZITZER, JOHNSON & WEIR, S.C.
Attorneys for Aurora Health Care Southern Lakes, Inc.

Dated: 1/4/16    By: _____
Todd M. Weir (1010442)

1